**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**Richard ROWAN, II, Defendant–Appellee.**

No. 05–30536.

United States Court of Appeals,
Fifth Circuit.

Decided March 1, 2006.

Camille Ann Domingue, Assistant U.S. Attorney, U.S. Attorney's Office, Western

District of Louisiana, Lafayette, LA, for Plaintiff–Appellant.

Rebecca L. Hudsmith, Federal Public Defender, Joseph R. Streva, Jr., Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellee.

Before JOLLY, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

We VACATE Rowan's sentence and REMAND to the district court for re-sentencing pursuant to *United States v. Duhon,* 440 F.3d 711 (5th Cir.2006).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.